1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
       333 Market Street, Suite 1500
6      San Francisco, California  94105
       Telephone:  (415) 977-8977
7      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant
10                         UNITED STATES DISTRICT COURT
11                         EASTERN DISTRICT OF CALIFORNIA
12
13
14  THOMAS W. QUINN,                )     CIVIL NO.: 2:10-cv-02170-DAD
                                    )
15      Plaintiff,                  )     STIPULATION AND ORDER TO EXTEND
                                    )     TIME
16                                  )
            v.                      )
17                                  )
18  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
19  Social Security,                )
                                    )
20      Defendant.                  )
    _____    )
21
22
23      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24  record, that the time for Defendant to file his Answer be extended 45 days from January 23, 2012, to

25  March 8, 2012.  This is Defendant's first request for an extension of time to respond to Plaintiff's

26  Complaint.  This extension is necessary due to the fact that the Social Security Administration's records

27  component receives an extensive volume of requests for records nationally, and Defendant requires the

28

1  additional time to properly compile and produce the Certified Administrative Record (CAR) to be

2  utilized by all parties in this suit.

3      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

4      Counsel apologizes to the Court for any inconvenience caused by this delay.

5

6

7          Respectfully submitted,

8  Dated: January 20, 2012    /s/ *Bess M. Brewer*
9      (As authorized via e-mail on 1/20/12)
    BESS M. BREWER
10     Attorney for Plaintiff

11

12 Dated:  January 20, 2012    BENJAMIN B. WAGNER
    United States Attorney
13     DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
14     Social Security Administration

15     */s/ Lynn M. Harada*
16     LYNN M. HARADA
    Special Assistant United States Attorney
17

18     Attorneys for Defendant

19

        <u>ORDER</u>
20

21 APPROVED AND SO ORDERED:

22 **DATED: January 23, 2012.**

23

24         _____
        DALE A. DROZD
25         UNITED STATES MAGISTRATE JUDGE

26 DDAD1\orders.soc sec\quinn2170.stipord.eot

27

28

Stip. & Prop. Order to Extend: 2:10-cv-02170-DAD     2