1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
        333 Market Street, Suite 1500
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13

14  THOMAS W. QUINN,               )    CIVIL NO.: 2:10-cv-02170-DAD
                                   )
15        Plaintiff,                )    STIPULATION AND ORDER TO EXTEND
                                   )    TIME
16                                 )
          v.                       )
17                                 )
                                   )
18  MICHAEL J. ASTRUE,             )
    Commissioner of                )
19  Social Security,               )
                                   )
20        Defendant.                )
                                   )
21  _____)

22

23      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24  record, that the time for Defendant to file his Answer be extended 45 days from January 23, 2012, to

25  March 8, 2012.  This is Defendant's first request for an extension of time to respond to Plaintiff's

26  Complaint.  This extension is necessary due to the fact that the Social Security Administration's records

27  component receives an extensive volume of requests for records nationally, and Defendant requires the

28

1 additional time to properly compile and produce the Certified Administrative Record (CAR) to be
2 utilized by all parties in this suit.
3   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
4
5   Counsel apologizes to the Court for any inconvenience caused by this delay.
6
7                 Respectfully submitted,
8 Dated: January 20, 2012     /s/ *Bess M. Brewer*
9                 (As authorized via e-mail on 1/20/12)
                BESS M. BREWER
10                 Attorney for Plaintiff
11
12 Dated: January 20, 2012     BENJAMIN B. WAGNER
                United States Attorney
13                 DONNA L. CALVERT
                Acting Regional Chief Counsel, Region IX
14                 Social Security Administration
15
                */s/ Lynn M. Harada*
16                 LYNN M. HARADA
                Special Assistant United States Attorney
17
18                 Attorneys for Defendant
19
20                 <u>ORDER</u>
21 APPROVED AND SO ORDERED:
22 **DATED: January 23, 2012.**
23
24                 *[signature]*
                DALE A. DROZD
25                 UNITED STATES MAGISTRATE JUDGE
26
DDAD1\orders.soc sec\quinn2170.stipord.eot
27
28

Stip. & Prop. Order to Extend: 2:10-cv-02170-DAD   2