1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4

5 | Attorneys for Plaintiff

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11 | **THOMAS QUINN**            )        **Case No.  10-2170 DAD**
   | **xxx-xx-6547**             )
12 |                            )
   |                            )
13 |                            )        **STIPULATION AND**
   |                            )        **ORDER EXTENDING PLAINTIFF'S**
14 |        **Plaintiff,**        )        **TIME TO FILE SUMMARY**
   |                            )        **JUDGEMENT MOTION**
15 | **v.**                       )
   |                            )
16 | **MICHAEL J. ASTRUE**         )
   | **Commissioner of Social Security** )
17 | **of the United States of America,** )
   |                            )
18 |        **Defendant.**        )
   |                            )
19 | _____ )

20

        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21

Plaintiff's time to file his summary judgment is hereby extended from April 25, 2012, to May 10, 2012.

22

This is Plaintiff's first extension on this case and is required due to Plaintiff's need to spread-out the

23

briefing of the five cases  due within the same three day period as plaintiff's brief.

24

/ / / /

25

/ / / /

26

/ / / /

27

28

1

1

2   Dated: April 24, 2012                      */s/Bess M. Brewer*
                                               BESS M. BREWER
3                                              Attorney at Law

4                                              Attorney for Plaintiff

5

6
    Dated: April 24, 2012                      Benjamin B. Wagner
7
                                               United States Attorney
8
                                               Donna L. Calvert
9                                              Acting Regional Chief Counsel, Region IX
                                               Social Security Administration
10
                                               /s/ Lynn M. Harada
11                                             Lynn M. Harada

12                                             Special Assistant United States Attorney
                                               Attorneys for Defendant
13

14                                                **ORDER**

15  APPROVED AND SO ORDERED.

16  DATED: April 24, 2012.

17

18                                             _____

19                                             DALE A. DROZD
                                               UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24
    DDAD1\orders.soc sec
25  quinn2170.stipord.eot2.wpd

26

27

28

                                    2