1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
       160 Spear Street, Suite 800
6      San Francisco, California  94105
       Telephone:  (415) 977-8977
7      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT
11
                      EASTERN DISTRICT OF CALIFORNIA
12
                              **SACRAMENTO DIVISION**
13

14  THOMAS W. QUINN,              )     CIVIL NO.: 2:10-cv-02170-DAD
                                  )
15      Plaintiff,                )     STIPULATION AND ORDER FOR AN
                                  )     EXTENSION OF TIME
16                                )
         v.                       )
17                                )
                                  )
18  MICHAEL J. ASTRUE,            )
    Commissioner of               )
19  Social Security,              )
                                  )
20      Defendant.                )
                                  )
21  _____)

22

23      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24  record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from

25  June 14, 2012, to July 19, 2012.  This is Defendant's first request for an extension of time to respond to

26  Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare a response

27  in this matter.

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                      Respectfully submitted,

Dated: June 12, 2012            /s/ *Bess M. Brewer*
                                      (As authorized via e-mail on 6/12/12)
                                      BESS M. BREWER
                                      Attorney for Plaintiff

Dated: June 12, 2012            BENJAMIN B. WAGNER
                                      United States Attorney
                                      DONNA L. CALVERT
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration

                         By:     */s/ Lynn M. Harada*
                                      LYNN M. HARADA
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: June 13, 2012.

                                                            *[signature]*
                                                            DALE A. DROZD
                                                            UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\quinn2170.stipord.eot3.wpd

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: June 12, 2012

/s/ *Bess M. Brewer*
(As authorized via e-mail on 6/12/12)
BESS M. BREWER
Attorney for Plaintiff

Dated: June 12, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: June 13, 2012.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\quinn2170.stipord.eot3.wpd