```
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

        160 Spear Street, Suite 800
        San Francisco, California  94105
        Telephone:  (415) 977-8977
        Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS W. QUINN,              ) | CIVIL NO.: 2:10-cv-02170-DAD |
| ) | |
|    Plaintiff,              ) | STIPULATION AND ORDER FOR AN |
| ) | EXTENSION OF TIME |
|        v.                      ) | |
| ) | |
| MICHAEL J. ASTRUE,            ) | |
| Commissioner of                     ) | |
| Social Security,                        ) | |
| ) | |
|    Defendant.             ) | |
| _____) | |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from June 14, 2012, to July 19, 2012.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare a response in this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                    Respectfully submitted,

Dated: June 12, 2012        /s/ *Bess M. Brewer*
                                    (As authorized via e-mail on 6/12/12)
                                    BESS M. BREWER
                                    Attorney for Plaintiff

Dated: June 12, 2012        BENJAMIN B. WAGNER
                                    United States Attorney
                                    DONNA L. CALVERT
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                       By:     /s/ *Lynn M. Harada*
                                    LYNN M. HARADA
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: June 13, 2012.

                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\quinn2170.stipord.eot3.wpd