1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
        160 Spear Street, Suite 800
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                       UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12
                              **SACRAMENTO DIVISION**
13

14 THOMAS W. QUINN,              )       CIVIL NO.: 2:10-cv-02170-DAD
                                 )
15    Plaintiff,                 )       STIPULATION AND ORDER FOR AN
                                 )       EXTENSION OF TIME
16                               )
         v.                      )
17                               )
                                 )
18 MICHAEL J. ASTRUE,            )
   Commissioner of               )
19 Social Security,              )
                                 )
20    Defendant.                 )
                                 )
21 _____)

22
23     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24 record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from

25 July 19, 2012, to August 17, 2012.  This is Defendant's second request for an extension of time to

26 respond to Plaintiff's motion.  Defendant respectfully requests this additional time to further review the

27 file and prepare a response in this matter because of a very heavy workload, despite due diligence.

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: July 19, 2012            /s/ *Bess M. Brewer*
                                (As authorized via e-mail on 7/18/12)
                                BESS M. BREWER
                                Attorney for Plaintiff

Dated: July 19, 2012            BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                     By:        */s/ Lynn M. Harada*
                                LYNN M. HARADA
                                Special Assistant United States Attorney

                                Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

**DATED: July 19, 2012.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\quinn2170.stipord.eot4.wpd

Stip. & Prop. Order to Extend: 2:10-cv-02170-DAD          2