```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
        160 Spear Street, Suite 800
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| THOMAS W. QUINN, | ) | CIVIL NO.: 2:10-cv-02170-DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR AN |
| | ) | EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 19, 2012, to August 17, 2012.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time to further review the file and prepare a response in this matter because of a very heavy workload, despite due diligence.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: July 19, 2012 /s/ *Bess M. Brewer*
(As authorized via e-mail on 7/18/12)
BESS M. BREWER
Attorney for Plaintiff

Dated: July 19, 2012 BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

**DATED: July 19, 2012.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\quinn2170.stipord.eot4.wpd

Stip. & Prop. Order to Extend: 2:10-cv-02170-DAD    2